XXIV, XXV, XXVI, XXVII, XXVIII, constitute reversible error?

" 6. Should the complaint have been dismissed at the opening of the case on defendant's motion?

" 7. Should the action have been dismissed at the close of the case on defendant's motion?

" 8. Is defendant, appellant, entitled to a reversal of the judgment, and either a dismissal of the complaint or a new trial? "

*Ralph G. Barclay, Jay S. Jones* and *Edward J. Fanning* for appellant.

*Charles S. Rosenschein* and *Robert Moers* for respondent.

Judgment affirmed, with costs; questions certified answered as follows; Nos. 1, 2 and 3 in affirmative; other questions not answered; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. FREDERIC KERNOCHAN et al., as Administrators of the Estate of MARIE MARSHALL, Deceased, Respondents, *v.* JOHN F. GILCHRIST et al., Constituting the State Tax Commission, Appellants.

*Tax — income tax — decedent's estate — return made by decedent in lifetime on cash received basis — requirement of additional return upon income accrued before but not received until after death improper.*

*Matter of Kernochan* v. *Gilchrist*, 214 App. Div. 114, affirmed.

(Argued November 25, 1925; decided December 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 14, 1925, which annulled, on certiorari, a determination of the State Tax Commission imposing an additional income tax upon the estate of Marie Marshall, deceased. The question was whether income accrued to a person prior to her death, but received thereafter by her representatives, may be required to be returned as income of the decedent, in cases where she made her last return on a cash received basis.

*Albert Ottinger, Attorney-General (Henry S. Manley* of counsel), for appellants.

*Henry F. Miller* for respondents.

Order affirmed, with costs, on opinion of COCHRANE, P. J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of JOHN W. McELVENEY, a Patrolman of the Police Department of the City of Albany, Respondent.

JAMES T. KEITH, Commissioner of Public Safety of the City of Albany, Appellant.

*Police — Albany (city of) — dismissal of policeman on charges properly reversed.*

*Matter of McElveney,* 214 App. Div. 741, affirmed.

(Argued November 25, 1925; decided December 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1925, which reversed a determination of the commissioner of public safety of the city of Albany dismissing the respondent herein from the position of patrolman in the police force of the city of Albany and directed his reinstatement. The respondent was charged with violating the rules and regulations of the police department and conducting himself in a manner unbecoming an officer in visiting, while on duty, a resort outside the city.

*Gilbert V. Schenck, Corporation Counsel (Anthony De Stefano* of counsel), for appellant.

*Joseph L. Delaney* and *George W. Harder* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.